# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                Crim. No. 5:08-CR-138-2F

JOSHUA JEFFREY CRAWFORD

       On Thursday, January 22, 2009, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Michael C. Brittain  
Michael C. Brittain  
Senior U.S. Probation Officer

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 15 _____ day of _____ Ot. _____, 2012.

James C. Fox  
Senior U.S. District Judge